ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Tel. No. 521-4134
FAX No. 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at ____ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA KNEPPER,<br><br>Defendant. | CR. NO. 05-00191-01 JMS<br><br>NOTICE OF MOTION;<br>MOTION TO COMPEL<br>ELECTION BETWEEN<br>MULTIPLICITOUS FIREARM<br>AND AMMUNITION COUNTS;<br>DECLARATION OF COUNSEL;<br>EXHIBIT "A"; CERTIFICATE<br>OF SERVICE<br><br>Date:<br>Time:<br>Judge:    J. Michael Seabright |

### NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR., ESQ.
      United States Attorney
      LORETTA SHEEHAN, ESQ.
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable J. Michael Seabright, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on _____, 2006, at _____.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii, __FEB 13 2006_____.

                                              HARLAN Y. KIMURA
                                            Attorney for Defendant
                                            JOSHUA KNEPPER

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00191-01 JMS |
| ) | |
| Plaintiff, ) | MOTION TO COMPEL |
| ) | ELECTION BETWEEN |
| vs. ) | MULTIPLICITOUS FIREARM |
| ) | AND AMMUNITIONS |
| JOSHUA KNEPPER, ) | COUNTS |
| ) | |
| Defendant. ) | Date: |
| ) | Time: |
| _____ ) | Judge:   J. Michael Seabright |

MOTION TO COMPEL ELECTION BETWEEN
MULTIPLICITOUS FIREARM AND AMMUNITIONS COUNTS

COMES NOW Defendant JOSHUA KNEPPER (hereinafter "Knepper"), by and through his counsel, Harlan Y. Kimura, and hereby moves this Honorable Court for an order compelling the Government to elect among the multiplicitous firearm and ammunition counts in the Indictment filed herein on May 12, 2005.

This Motion is being made pursuant to FED. R. CRIM. P.12(b)(2) and 47, the attached memorandum of law, and the records and files in this matter.

DATED at Honolulu, Hawaii, FEB 13 2006    .

                                              HARLAN Y. KIMURA
                                              Attorney for Defendant
                                              JOSHUA KNEPPER