# MAUI COUNTY POLICE DEPARTMENT
## GENERAL CASE / INCIDENT REPORT — RECORDS

**DIST REPORT NO:** 05-07462
**CENSUS:** Wailuku   **DIST:** 1   **BEAT:** 12
**Form 132**

| Field | Value |
|---|---|
| CLASSIFICATION | PROMOTING DANGEROUS DRUG II |
| WHERE OCCURRED | WAILUKU POLICE STATION |
| DAY OF WEEK | Sun |
| DATE | 012305 |
| REPORTED BY | C-1 |
| ADDRESS | See Below |
| DATE / TIME | 012305 / 1900 |
| HOW REPORTED | PHONE STN. |
| INVESTIGATOR ASSIGNED | WONG, T. 009954 |
| TIME SENT | 1900 |
| ARRIVAL | 1900 |
| BACK | 2300 |

**CODE: C - COMPLAINANT   V - VICTIM**

| CODE | NO. | LAST NAME | FIRST | BUSINESS/FIRM | BUSINESS ADDRESS | CITY/TOWN | STATE |
|---|---|---|---|---|---|---|---|
| C | 1 of 1 | | | MAUI POLICE DEPT. | 55 Mahalani St. | Wailuku | HI |

OWNER/MGR./OTHER: WONG, TOD
RESIDENCE ADDRESS: DNA
BUS./EMP. PHONE NO.: 244-6400
RESIDENCE PHONE NO.: DNA
OCCUPATION/SCHOOL: POLICE OFFICER
GR: X   SSN: DNA   RACE: DNA   SEX/NAT: DNA   D.O.B.: DNA

**CODE: A - ARRESTED PERSON   CA - CITIZEN ARREST   R - RESPONSIBLE   S - SUSPECT**

| CODE | NO. | LAST NAME | FIRST | MIDDLE | A | SSN |
|---|---|---|---|---|---|---|
| A | 1 of 1 | KNEPPER | Joshua | W. | J | 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 |

RESIDENCE ADDRESS: No Local Address
CITY/TOWN: Haiku   STATE: HI
BUS./EMP./SCHOOL ADDRESS: Unemployed
SOBER: X   SINGLE: X
OCCUPATION: Unemployed
BUS./EMP. PHONE NO.: None
RESIDENCE PHONE NO.: No Phone
SOURCE OF DESCRIPTION: Computer
RACE: BLK   SEX: M   NAT: C   D.O.B.: 122677   AGE: 27   HAIR: BLK   EYES: BRO   HT: 6'3"   WT: 240
IDENTIFYING MARKS: None   ALIAS: None
OBSERVABLE DEFECTS: None

PROSECUTION DESIRED: X / C-X
ARREST: X / C-X
RIGHTS READ: Y / N-X
ADMISSIONS MADE: Y / N

EVIDENCE: X-N   LATENT PRINTS: Y / N-X   OTHER EVIDENCE: P

**SYNOPSIS:** On mentioned date/time, C-1 conducted a canine screening upon A-1's backpack. Subsequently, State of Hawaii Search Warrant No. 2005-500, was obtained and executed. The Search Warrant resulted in the recovery of Crystal Methamphetamine (10.43 grams net), Drug Paraphernalia (pipe, packets, gram scale, scraper, etc.), identification, Marijuana (.52 grams gross), Charter Arms .38 special handgun, and five (5) live rounds of Winchester .38 spl+P ammunition (handgun was loaded).

**DISPOSITION:** Cleared/Pros.

| ITEM | QTY | ITEM/ARTICLE | PROPERTY DESCRIPTION | SERIAL NUMBER | VALUE | VALUE RECOVERED |
|---|---|---|---|---|---|---|
| 1 | 7 | CRYSTAL METH. | YELLOW COLORED PLASTIC PACKETS CONTAINING CRYSTAL METH. (10.43 GRAMS NET TOTAL WEIGHT) POSITIVE NIK "U" | | | |

REPORT WRITTEN BY: WONG, T. 009954
DATE: 012305   TIME: 2310

EXHIBIT 4

knepper 000000046