## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on ___FEB 13 2006___ .

|  | By U.S. Mail | By Hand Delivery |
|---|---|---|
| EDWARD H. KUBO, JR., ESQ.<br>United States Attorney<br>LORETTA SHEEHAN, ESQ.<br>Assistant U.S. Attorney<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |  | X |

DATED at Honolulu, Hawaii, ___FEB 13 2006___ .

_/s/ Harlan Y. Kimura_
HARLAN Y. KIMURA
Attorney for Defendant
JOSHUA KNEPPER