


**ORIGINAL**

HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Tel. No. 521-4134
FAX No. 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA KNEPPER,<br><br>Defendant. | CR. NO. 05-00191-01 JMS<br><br>NOTICE OF MOTION;<br>MOTION TO SUPPRESS<br>EVIDENCE DUE TO ILLEGAL<br>ARREST; DECLARATION OF<br>COUNSEL; EXHIBITS "A"<br>THROUGH "F"; CERTIFICATE<br>OF SERVICE<br><br>Date:<br>Time:<br>Judge:    J. Michael Seabright |

## NOTICE OF MOTION

TO:  EDWARD H. KUBO, JR., ESQ.
     United States Attorney
     LORETTA SHEEHAN, ESQ.
     Assistant United States Attorney
     PJKK Federal Building
     300 Ala Moana Boulevard, Room 6100
     Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable J. Michael Seabright, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on _____, 2006, at _____.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii,   FEB 13 2006  _____.



HARLAN Y. KIMURA
Attorney for Defendant
JOSHUA KNEPPER

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail:  hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | CR. NO. 05-00191-01 JMS |
| ) | |
| Plaintiff,   ) | MOTION TO SUPPRESS |
| ) | EVIDENCE DUE TO ILLEGAL |
| vs.   ) | ARREST |
| ) | |
| JOSHUA KNEPPER,   ) | Date: |
| ) | Time: |
| Defendant.   ) | Judge:   J. Michael Seabright |
| ) | |
| _____   ) | |

MOTION TO SUPPRESS EVIDENCE
DUE TO ILLEGAL ARREST

COMES NOW Defendant JOSHUA KNEPPER (hereinafter "Knepper"), by and through his counsel, Harlan Y. Kimura, and hereby moves this Honorable Court for an order suppressing all the evidence obtained in this case because the warrantless arrest of Knepper was not supported by probable cause.

This Motion is being made pursuant to, and supported by, the authorities and arguments set forth in the attached Memorandum Of Law, Exhibits, and further evidence to be adduced at the hearing on the same.

DATED at Honolulu, Hawaii, ___FEB 1 3 2006_____.

 

HARLAN Y. KIMURA
Attorney for Defendant
JOSHUA KNEPPER