IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00191-01 JMS |
|---|---|
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| JOSHUA KNEPPER, | ) |
| Defendant. | ) |

## DECLARATION OF COUNSEL

I, HARLAN Y. KIMURA, hereby declare as follows:

1. That I am counsel for Defendant JOSHUA KNEPPER (hereinafter "Knepper") having been appointed pursuant to the Criminal Justice Act.

2. Attached hereto as Exhibit "A" and made a part hereof is Police Report No 05-06078 from the Maui Police Department obtained by prior counsel for Knepper.

2. Attached hereto as Exhibit "B" and made a part hereof are excerpts of the transcript of the proceedings held September 26, 2005 in this case.

3. Attached hereto as Exhibit "C" and made a part hereof is a portion of the Discovery provided by the Government in this Case.

4. Attached hereto as Exhibit "D" and made a part hereof is OBTS/CCH Criminal History Justice Inquiry for Knepper updated as of January 25, 2005 obtained from him.

5. Attached hereto as Exhibit "E" and made a part hereof is a portion of the Discovery provided by the Government in this Case.

6. Attached hereto as Exhibit "F" and made a part hereof are excerpts of the transcript of the proceedings held on January 26, 2005 in State of Hawaii v. Joshua W. Knepper; Criminal No. 05-1-0045 (2) In The District Court Of The Second Circuit, State Of Hawaii.

7. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATED at Honolulu, Hawaii, FEB 1 3 2006            .

/s/ HARLAN Y. KIMURA
HARLAN Y. KIMURA