MAUI COUNTY POLICE DEPARTMENT
GENERAL CASE / INCIDENT REPORT

**RECORDS**

05-06078
DIST. REPORT NO.

Form 132

CENSUS | Wailuku
DIST. | 10
BEAT
WT.

| 1 | CLASSIFICATION | CIVIL MATTER | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | WHERE OCCURRED | | DAY OF WEEK Mon- | DATE 011705 | TIME 1900 | DATE | TIME |
| 3 | REPORTED BY C-1 | ADDRESS See Below | | | | DATE 011905 | TIME 2016 |
| 4 | HOW REPORTED: X PHONE / STN. / BEAT VIEW / WIRE LTR. | INVESTIGATOR ASSIGNED NAGANO, K. 011515 | BT 10 | WT 1 | TIME SENT 2040 | ARRIVAL 2047 | BACK 2150 |

5  CODE: C - COMPLAINANT    V - VICTIM

| 6 | CODE C | NO. 1 of 2 | LAST NAME COBERLY | FIRST Colleen | MIDDLE M. | SOCIAL SECURITY NO. | RACE | SEX | NAT. | D.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | RESIDENCE | | STREET | CITY/TOWN | STATE | BUS./EMP./SCHOOL ADDRESS | STREET | CITY/TOWN | | STATE |
| 8 | IF TOURIST - LOCAL HOTEL/CONDO/APT. | | ROOM NO. | DATE DEPART | | BUS./EMP. PHONE NO. | RESIDENCE PHONE NO. | | | |
| 9 | CODE C | NO. 2 of 2 | LAST NAME KNEPPER | FIRST Joshua | MIDDLE Wm. | SOCIAL SECURITY NO. | RACE | SEX | NAT. | D.O.B. |
| 10 | RESIDENCE | | STREET | CITY/TOWN | STATE | BUS./EMP./SCHOOL ADDRESS | STREET | CITY/TOWN | | STATE |
| 11 | IF TOURIST - LOCAL HOTEL/CONDO/APT. | | ROOM NO. | DATE DEPART | | BUS./EMP. PHONE NO. | RESIDENCE PHONE NO. | | | |
| 12 | CODE | NO. OF | BUSINESS/FIRM | | | BUSINESS ADDRESS | STREET | | STATE | |
| 13 | OWNER/MGR./OTHER | | | RESIDENCE ADDRESS | | STREET | CITY/TOWN | STATE | | |
| 14 | BUS./EMP. PHONE NO. | | RESIDENCE PHONE NO. | OCCUPATION/SCHOOL | GR. J | A | SOCIAL SECURITY NO. | RACE | SEX | NAT. | D.O.B. |

15  CODE: A - ARRESTED PERSON.    CA - CITIZEN ARREST    R - RESPONSIBLE    S - SUSPECT

| 16 | CODE | NO. OF | LAST NAME | FIRST | | MIDDLE | A J | SOCIAL SECURITY NO. | DRIVER LICENSE NO. |
|---|---|---|---|---|---|---|---|---|---|
| 17 | RESIDENCE ADDRESS | | STREET | CITY/TOWN | STATE | BUS./EMP./SCHOOL ADDRESS | STREET | CITY/TOWN | STATE |
| 18 | SOBER / DRINKING | INTOXICATED / OTHER | | SINGLE / MARRIED | DIVORCED / WIDOWED | OCCUPATION | BUS./EMP. PHONE NO. | RESIDENCE PHONE NO. | |
| 19 | SOURCE OF DESCRIPTION | | RACE | SEX | NAT. | D. O. B. | AGE | HAIR | EYES | HT | WT | IDENTIFYING MARKS | ALIAS |
| 20 | CLOTHING WORN | SHIRT / BLOUSE | COLOR | | PANTS / SKIRT | COLOR | | OTHER | OBSERVABLE PHYSICAL DEFECTS | |
| 21 | PROSECUTION DESIRED | Y N U / C P | ARREST | Y C / A J | RIGHTS READ | Y N | ADMISSIONS MADE | Y N | DATE | TIME | MADE TO | PLACE MADE |
| 22 | VEH. | USED IN CRIME / IN POSSESSION OF | A R S | STOLEN / ATTACKED | YR. | MAKE | BODY TYPE | COLOR | STATE LIC. PLATE NO. | REGISTERED OWNER |

| | | | | | |
|---|---|---|---|---|---|
| 23 | PROPERTY ATTACKED | | POINT OF ENTRY | F. DOOR / R. DOOR | ROOF / WINDOW | OTHER |
| 24 | HOW ATTACKED ***DNA*** | | MEANS OF ATTACK | KEY / JIMMY | CUTTING / HANDS | OTHER |
| 25 | PECULIARITIES (TRADEMARKS, ETC.) | | PROPERTY TAKEN | MONEY / PHOTO EQ. | JEWELS / CLOTHING | APPL. / AUTO ACC. | NONE / OTHER |
| 26 | EVIDENCE | Y N / Y N | LATENT PRINTS | Y N / Y N | OTHER EVIDENCE DNA | DATE DNA | TIME DNA | PLACE FOUND DNA |
| 27 | PERSON | INJURED / NOT INJURED | Y N / Y N | CODE | WEAPONS/ FORCE USED | Y N / Y N | TYPE DNA | TYPE INJURIES SUSTAINED DNA | TREATED BY DNA | PLACE TREATED DNA |

P R O P E R T Y

28  SYNOPSIS: C-1/C-2 reported unknown person to have removed her inoperable motor vehicle ( a black 1994 Honda 4DSD bearing Hawaii license plate MKR 644) from the property of C-2's residence at noted location. Checks made by C-2 (lienholder of vehicle) revealed the vehicle to be at the Auto Pro business at 200 Waiehu Beach Road. C-2 informed Police that the vehicle had been towed there by his ex-employer (Auto Pro owner) Matthew SOUZA. Upon contacting SOUZA, he related that he was the one who had originally purchased the vehicle, and had given it to C-2 to fix. Upon fixing the vehicle, C-2 was supposed to sell it and split the profit with SOUZA. SOUZA related that sometime during this, C-2 registered the vehicle under C-1's name without his knowledge. SOUZA stated that he only took the vehicle back because no work had been done on the vehicle thus far. C-1/C-2 was informed that this is a civil matter and to pursue it in civil court if no compromise could be met.

KEY REPT:

DISPOSITION: **Records**

| 29 | ITEM | QTY | ITEM/ARTICLE | PROPERTY DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NUMBER | VALUE | VALUE RECOVERED |
|---|---|---|---|---|---|---|---|
| | | | | ***DNA*** | | | |

| 0 | CONNECTED REPORTS | | | | TOTALS: | |
|---|---|---|---|---|---|---|

I hereby certify that this is a true and correct copy of the original on file.

Maui County Police Department
by: _____ Without Agency Seal

| | ASSISTING INVESTIGATORS | | BT | ARRIVAL TIME | NAME | | BT | ARR TIME |
|---|---|---|---|---|---|---|---|---|
| | COMPLAINANT SIGNATURE / Date | | | | | | | |
| | WANT COPY FORWARDED | HOW CLEARED | UNFOUNDED / LOCATED | WARNED/REPRIMANDED / ARREST/PROSECUTED | ARRESTED NOT PROS. / TURNED OVER TO JUV | OTHER (INDICATE HOW) | | |
| | | REPORT WRITTEN BY NAGANO, K. 011515 | DATE 011905 | TIME 2244 | SUPERVISOR APPROVAL | 1/2/15 | | |

EXHIBIT "A"