1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF HAWAII
 3
    UNITED STATES OF AMERICA,    ) CR 05-00191 JMS
 4                               )
             Plaintiff,          ) Honolulu, Hawaii
 5                               ) September 26, 2005
        vs.                      ) 9:00 a.m.
 6                               )
    JOSHUA KNEPPER,              ) Defendant's Motion
 7                               ) to Suppress Evidence
             Defendant.          )
 8  _____)

 9                  TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE J. MICHAEL SEABRIGHT
10               UNITED STATES DISTRICT JUDGE

11  APPEARANCES:
    For the Plaintiff:     LORETTA A. SHEEHAN, ESQ.
12                         Office of the U.S. Attorney
                           PJKK Federal Building
13                         300 Ala Moana, Suite 6100
                           Honolulu, Hawaii  96850
14
    For the Defendant:     STUART N. FUJIOKA, ESQ.
15                         Nishioka & Fujioka
                           841 Bishop Street, Suite 224
16                         Honolulu, Hawaii  96813

17  Official Court Reporter:  Sharon Ross, CSR, RPR, CRR
                              United States District Court
18                            300 Ala Moana Blvd., Room C-283
                              Honolulu, Hawaii  96850
19                            (808) 535-9200

20

21

22                          **SCANNED**

23

24

25  Proceedings recorded by machine shorthand, transcript produced
    with computer-aided transcription (CAT).
```

EXHIBIT "B"

```
 1                          I N D E X

 2   WITNESS:  MATTHEW SOUZA

 3   EXAMINATIONS:                                      PAGE

 4          DIRECT BY MS. SHEEHAN....................    4

 5          CROSS BY MR. FUJIOKA.....................   20

 6          DIRECT BY MS. SHEEHAN....................   33

 7          CROSS BY MR. FUJIOKA.....................   35

 8

 9   WITNESS:  SERGEANT DORALYN POEPOE

10   EXAMINATIONS:                                      PAGE

11          DIRECT BY MS. SHEEHAN....................   36

12          CROSS BY MR. FUJIOKA.....................   43

13

14   WITNESS:  JESSICA SOUZA

15   EXAMINATIONS:                                      PAGE

16          DIRECT BY MR. FUJIOKA....................   54

17          CROSS BY MS. SHEEHAN.....................   60

18          DIRECT BY MR. FUJIOKA....................   65

19

20

21                       E X H I B I T S

22   GOVERNMENT'S                                       PAGE
     EXHIBITS                                         RECEIVED
23

24     1    .........................................   19

25
```

|          |    |                                                                  |
|----------|----|------------------------------------------------------------------|
|          | 1  | MONDAY, SEPTEMBER 26, 2005                          9:00 A.M.    |
|          | 2  |         COURTROOM MANAGER:  Criminal No. 05-00191 JMS, United    |
|          | 3  | States of America versus Joshua Knepper.                         |
|          | 4  |         This case is called for a hearing on defendant's         |
| 09:15AM  | 5  | motion to suppress evidence.                                     |
|          | 6  |         MS. SHEEHAN:  Good morning, Your Honor.  Loretta         |
|          | 7  | Sheehan on behalf of the United States.  With me is Gery Graham  |
|          | 8  | of Alcohol, Tobacco & Firearms.                                  |
|          | 9  |         THE COURT:  Good morning.                                |
| 09:16AM  | 10 |         MR. GRAHAM:  Good morning.                               |
|          | 11 |         MR. FUJIOKA:  Good morning, Your Honor.  Stuart          |
|          | 12 | Fujioka appearing with defendant Joshua Knepper.                 |
|          | 13 |         THE COURT:  Okay.  Good morning.  And the record        |
|          | 14 | should reflect Mr. Knepper is present.                           |
| 09:16AM  | 15 |         Okay.  Are we ready to proceed?                          |
|          | 16 |         MS. SHEEHAN:  Yes, we are, Your Honor.  The government   |
|          | 17 | calls Mr. Matthew Souza.                                         |
|          | 18 |         THE COURT:  How many witnesses are you going to have    |
|          | 19 | today, Ms. --                                                    |
| 09:16AM  | 20 |         MS. SHEEHAN:  Two.                                       |
|          | 21 |         THE COURT:  Two?  Mr. Fujioka, do you plan to have any   |
|          | 22 | witnesses?                                                       |
|          | 23 |         MR. FUJIOKA:  One.                                       |
|          | 24 |         THE COURT:  One?  Okay.                                  |
| 09:16AM  | 25 |                              MATTHEW SOUZA,                      |

```
                1   called as a witness by the Government, having been first duly
                2   sworn, was examined and testified as follows:
                3            COURTROOM MANAGER:  Please be seated.  Please state
                4   your name and spell your last name.
09:17AM         5            THE WITNESS:  My name is Matthew J. Souza.  Last name
                6   is S-O-U-Z-A.
                7                         DIRECT EXAMINATION
                8   BY MS. SHEEHAN:
                9   Q    And where do you live, sir?
09:17AM        10   A    3042-A Liholani Street in Pukalani, Hawaii.
               11   Q    And what do you do for a living?
               12   A    I'm an -- own an auto repair shop.
               13   Q    Do you know someone named Joshua Knepper?
               14   A    Yes, I do.
09:17AM        15   Q    If you were to see him again, would you recognize him?
               16   A    Yes, I would.
               17   Q    If he's in the courtroom, could you point him out for us,
               18   please?
               19   A    Yeah, he's right over there in the blue shirt.
09:17AM        20            MS. SHEEHAN:  May the record reflect identification of
               21   the defendant?
               22            THE COURT:  Yes.
               23   Q    (BY MS. SHEEHAN)  Now, for about how long have you known
               24   Joshua Knepper?
09:17AM        25   A    For about four or five years.
```

12

```
              1    A      Early February.
              2    Q      Of what year?
              3    A      2005.
              4    Q      Okay.  Well, let me draw your attention to January 13th of
09:26AM       5    2005, okay?  What occurred on that date or on or about that
              6    date?
              7    A      January 13th?
              8    Q      Yeah.
              9    A      Josh had agreed to be out of my house.
09:27AM      10    Q      How do you know that?
             11    A      Basically between me, Josh and my ex-wife, Jessica Souza,
             12    that's kind of what -- the agreement that we had kind of
             13    mediated.
             14    Q      Was there a paper signed to that effect that he was going
09:27AM      15    to -- he promised to be out by January 13, 2005?
             16    A      He did, indeed, sign a small piece of paper and -- saying
             17    that he would be out on that date and whatnot.
             18    Q      Do you have that small piece of paper?
             19    A      No, I do not.
09:27AM      20    Q      Do you know what happened to it?
             21    A      No, I don't.
             22    Q      Now, did you go back to your cottage after January 13th of
             23    2005?
             24    A      Yes, I went there several times after the 13th getting it
09:27AM      25    ready -- cleaning up and getting it ready to paint and whatnot.
```

12

|  |  |  |
|---|---|---|
|  | 1 | THE WITNESS: You're welcome. |
|  | 2 | THE COURT: Mr. Fujioka, anything else? |
|  | 3 | FURTHER CROSS-EXAMINATION |
|  | 4 | BY MR. FUJIOKA: |
| 10:00AM | 5 | Q   Do you recall what happened to the car after the police |
|  | 6 | report was made? |
|  | 7 | A   After -- after the police report was made, Josh -- well, |
|  | 8 | the car was under Josh's name at that time because he |
|  | 9 | transferred it to his name after I brought it to my shop.  So, |
| 10:00AM | 10 | he removed the vehicle; and then I think he abandoned it on the |
|  | 11 | road. |
|  | 12 | Q   But on January 17 it was given back to Josh, correct? |
|  | 13 | A   It took him a couple days for him to tow the car out of |
|  | 14 | there.  It was kind of in the front of my shop area. |
| 10:00AM | 15 | Q   Okay.  I take it you weren't present when he took the |
|  | 16 | car -- retrieved the car from the police? |
|  | 17 | A   I was not present, no, I wasn't. |
|  | 18 | MR. FUJIOKA: Okay.  Thank you. |
|  | 19 | THE WITNESS: You're welcome. |
| 10:01AM | 20 | THE COURT: Thank you.  You're excused. |
|  | 21 | THE WITNESS: Thank you. |
|  | 22 | MS. SHEEHAN: The Government calls Sergeant Doralyn |
|  | 23 | Poepoe. |
|  | 24 | SERGEANT DORALYN POEPOE, |
| 10:01AM | 25 | called as a witness by the Government, having been first duly |

|  |  |  |
|---|---|---|
|  | 1 | sworn, was examined and testified as follows: |
|  | 2 | COURTROOM MANAGER:  Please be seated.  Please state |
|  | 3 | your name and spell your last name. |
|  | 4 | THE WITNESS:  Doralyn Poepoe. |
| 10:02AM | 5 | COURTROOM MANAGER:  You can come further in front. |
|  | 6 | THE WITNESS:  Doralyn Poepoe, P-O-E-P-O-E. |
|  | 7 | DIRECT EXAMINATION |
|  | 8 | BY MS. SHEEHAN: |
|  | 9 | Q   And what do you do for a living? |
| 10:02AM | 10 | A   I'm a sergeant for the Maui Police Department. |
|  | 11 | Q   Were you so employed on January 23rd, 2005? |
|  | 12 | A   Yes. |
|  | 13 | Q   On that day in the morning did you respond to a call? |
|  | 14 | A   Yes. |
| 10:02AM | 15 | Q   And where did you go in response to the call? |
|  | 16 | A   I went to 3042-A Liholani Street in Pukalani. |
|  | 17 | Q   When you arrived at 3042-A Liholani Street in Pukalani, |
|  | 18 | what did you find? |
|  | 19 | A   Basically I was met by a male party by the name of Matthew |
| 10:03AM | 20 | Souza on the roadway. |
|  | 21 | Q   And what was the complaint? |
|  | 22 | A   Basically the complaint was that he had an ex-roommate |
|  | 23 | that he had -- that had been evicted that was still within the |
|  | 24 | residence. |
| 10:03AM | 25 | Q   Okay.  Did you see a home, a residence? |

|  |  |  |
|---|---|---|
|  | 1 | photos -- took the photos first. And then I took the backpack |
|  | 2 | to Officer Won who had Knepper, and Officer Won attempted to |
|  | 3 | obtain a consent to search from Josh. |
|  | 4 | Q    Did you later get a warrant for the backpack? |
| 10:11AM | 5 | A    Correct. |
|  | 6 | Q    Okay. Did it appear to you that Matthew Souza had |
|  | 7 | authority to allow you to come in and look around the cottage |
|  | 8 | on January 23rd, 2005? |
|  | 9 | A    Yes. |
| 10:11AM | 10 | Q    And why do you say that? |
|  | 11 | A    Basically he had keys to the residence, and he claimed |
|  | 12 | that he was the renter of that residence. |
|  | 13 | MS. SHEEHAN:  Okay. Thank you. I have nothing |
|  | 14 | further. |
| 10:11AM | 15 | THE COURT:  Cross? |
|  | 16 | MR. FUJIOKA:  Thank you. |
|  | 17 | CROSS-EXAMINATION |
|  | 18 | BY MR. FUJIOKA: |
|  | 19 | Q    Sergeant, did you review anything before testifying today? |
| 10:11AM | 20 | A    I reviewed my police report. |
|  | 21 | Q    Anything else? |
|  | 22 | A    My police report. |
|  | 23 | Q    Your report show you -- you arrived about 10 minutes -- |
|  | 24 | 10, 11 minutes after 9:00 o'clock. Does that sound about |
| 10:12AM | 25 | right? |

|  |  |  |
|---|---|---|
|  | 1 | A    Yes, sir. |
|  | 2 | Q    Were you the first officer on the scene? |
|  | 3 | A    Yes, sir. |
|  | 4 | Q    How long after being dispatched did you get there? |
| 10:12AM | 5 | A    I'm not sure of the exact dispatch time.  If the assigned |
|  | 6 | time was at 9:11 and I -- I arrived at 9:13. |
|  | 7 | Q    Just a couple of minutes then? |
|  | 8 | A    Yes, sir. |
|  | 9 | Q    And generally you would get a dispatch call shortly after |
| 10:12AM | 10 | the report is made or after 911 is called? |
|  | 11 | A    Depending on the availability of the officers is the |
|  | 12 | amount of time that lapsed before the assignment and the call |
|  | 13 | is received. |
|  | 14 | Q    When you got to 3042-A Liholani Street, you met Matthew |
| 10:13AM | 15 | Souza in or around -- near the street, correct? |
|  | 16 | A    Correct. |
|  | 17 | Q    And he told you that his ex-roommate was in the unit? |
|  | 18 | A    Correct. |
|  | 19 | Q    Did he give you any other information at that time? |
| 10:13AM | 20 | A    Basically he said that his ex-roommate was within the |
|  | 21 | residence and that there was some drug activity going on. |
|  | 22 | Q    You know, your report contains information about Souza's |
|  | 23 | trying -- having an eviction notice printed and so on.  Did |
|  | 24 | that come -- were you given that information when you first |
| 10:14AM | 25 | arrived or did that come later? |

|  |  |  |
|---|---|---|
|  | 1 | A   That information was obtained later. |
|  | 2 | Q   So, as soon as you heard that there was ex-roommate and |
|  | 3 | drug activity, you were planning to enter the unit? |
|  | 4 | A   Well, basically when I first got there, he said that his |
| 10:14AM | 5 | ex-roommate was in there and that he had no authorization to be |
|  | 6 | there and he wanted to go in and check to make sure there |
|  | 7 | wasn't any further drug activity because he had observed it |
|  | 8 | earlier prior to police getting there.  That's the reason why |
|  | 9 | he called. |
| 10:14AM | 10 | Q   But before you could enter, you heard the glass breaking? |
|  | 11 | A   Basically prior to me approaching, the door was ajar.  As |
|  | 12 | we were getting closer and I was obtaining information from |
|  | 13 | Mr. Souza as far as how many entry and exits there were within |
|  | 14 | the residence, the door had closed.  And we made -- made a |
| 10:14AM | 15 | check.  The door was locked.  And we heard the glass breakage |
|  | 16 | as he was trying to find the keys to open up the residence. |
|  | 17 | Q   Did you know Joshua Knepper before January 23rd, 2005? |
|  | 18 | A   I'm not sure if I had any encounters with him or not. |
|  | 19 | Q   If you did, you don't remember? |
| 10:15AM | 20 | A   Not -- not prior to that. |
|  | 21 | Q   What about Matthew Souza?  Did you know him from before |
|  | 22 | January 23? |
|  | 23 | A   I don't believe so. |
|  | 24 | Q   So, when you heard the glass break, you went to -- you |
| 10:15AM | 25 | went around back to see what was happening; is that right? |

|  |  |  |
|---|---|---|
|  | 1 | your report? |
|  | 2 | A    Yes. |
|  | 3 | Q    Who was the first to see that bag in the bedroom? |
|  | 4 | A    I'm not sure if it was Souza or myself, both at the same |
| 10:27AM | 5 | time. |
|  | 6 | Q    Was it open or closed? |
|  | 7 | A    The backpack? |
|  | 8 | Q    Yes. |
|  | 9 | A    Closed. |
| 10:28AM | 10 | Q    Did you speak with Mr. Knepper at all during the incident |
|  | 11 | of January 23rd, 2005? |
|  | 12 | A    I don't believe I obtained any -- I know I didn't obtain |
|  | 13 | any statements from him. |
|  | 14 | Q    Did you ask him any questions at the scene about whether |
| 10:28AM | 15 | he was or was not living at 3042-A Liholani Street? |
|  | 16 | A    I didn't obtain any statements from him. |
|  | 17 | Q    Did you check any of his identification documents to see |
|  | 18 | what address he was claiming? |
|  | 19 | A    Officer Miles Won had contact with Mr. Knepper. |
| 10:29AM | 20 | Q    And did you make it known to Mr. -- Officer Won that this |
|  | 21 | was a trespass-type case? |
|  | 22 | A    Basically he was the original officer assigned to the |
|  | 23 | trespass case on Liholani Street. |
|  | 24 | Q    And did -- at the scene did Won provide you any |
| 10:29AM | 25 | information about Mr. Knepper's address? |

|  |  |
|--|--|
| | 1  A   No. |
| | 2           MR. FUJIOKA:  Okay.  Thank you. |
| | 3           MS. SHEEHAN:  Nothing further, Your Honor. |
| | 4           THE COURT:  Let me ask one question.  When you got to |
| 10:29AM | 5  the back of the house and you said you saw Mr. Knepper coming |
| | 6  out the window, how far out the window was he?  In other words, |
| | 7  physically where was he at the time you first saw him? |
| | 8           THE WITNESS:  He was more than three-quarters way out |
| | 9  already. |
| 10:29AM | 10          THE COURT:  Anything else from anyone based on that? |
| | 11          MS. SHEEHAN:  No, Your Honor. |
| | 12          MR. FUJIOKA:  No. |
| | 13          THE COURT:  Thank you.  You may step down. |
| | 14          MS. SHEEHAN:  Your Honor, that's the Government's |
| 10:30AM | 15  evidence. |
| | 16          THE COURT:  All right.  I suggest we take about a |
| | 17  five-to-ten-minute recess right now so we can all -- you can |
| | 18  prepare -- Mr. Fujioka get ready and the court reporter can |
| | 19  take a little break, okay?  So, we're in recess. |
| 10:30AM | 20          (Recess at 10:30 a.m., until 10:39 a.m.) |
| | 21          MR. FUJIOKA:  Your Honor, we call Jessica Souza. |
| | 22          THE COURT:  Jessica Souza? |
| | 23                    JESSICA SOUZA, |
| | 24  called as a witness by the Defendant, having been first duly |
| 10:40AM | 25  sworn, was examined and testified as follows: |

54

|  |  |  |
|---|---|---|
|  | 1 | COURTROOM MANAGER: Please be seated. Please state |
|  | 2 | your name and spell your last name. |
|  | 3 | THE WITNESS: Jessica Souza, S-O-U-Z-A. |
|  | 4 | DIRECT EXAMINATION |
| 10:40AM | 5 | BY MR. FUJIOKA: |
|  | 6 | Q  Ms. Souza, do you know a person named Joshua Knepper? |
|  | 7 | A  Yes. |
|  | 8 | Q  How do you know him? |
|  | 9 | A  Excuse me? |
| 10:40AM | 10 | Q  How do you know him? |
|  | 11 | A  I met him through a girlfriend of mine, Heather Schnore. |
|  | 12 | Q  And he's a friend of yours? |
|  | 13 | A  Yes. |
|  | 14 | Q  How long have you known him? |
| 10:41AM | 15 | A  About four years now. |
|  | 16 | Q  Do you know a person named Matthew Souza? |
|  | 17 | A  Yes. |
|  | 18 | Q  How do you know him? |
|  | 19 | A  He is my ex-husband. We were married in December of 2000. |
| 10:41AM | 20 | Q  And when were you divorced? |
|  | 21 | A  It would have been an Easter about two years later. I'm |
|  | 22 | not sure of the date. |
|  | 23 | Q  Probably spring of '02? |
|  | 24 | A  Sounds right. |
| 10:41AM | 25 | Q  How would you describe your relationship with Matthew |

|          |    |                                                                    |
|----------|----|--------------------------------------------------------------------|
|          | 1  | document agreeing to move out of the 3042-A Liholani Street        |
|          | 2  | property?                                                          |
|          | 3  | A    No.                                                           |
|          | 4  | Q    Were you ever informed that Josh had to move out              |
| 10:46AM  | 5  | January 13, 2005?                                                  |
|          | 6  | A    Not of that specifically.  I know that -- that Matt and       |
|          | 7  | Josh had talked about Josh moving out.  I don't know what date     |
|          | 8  | or time, and I don't know if he ever did.                          |
|          | 9  |         MR. FUJIOKA:  Okay.  May I approach the witness, Your      |
| 10:46AM  | 10 | Honor?                                                             |
|          | 11 |         THE COURT:  Yes.                                           |
|          | 12 | Q    (BY MR. FUJIOKA)  I'm going to show you what's in evidence    |
|          | 13 | as Exhibit 1.                                                      |
|          | 14 |         Let me back up.  You're familiar with this Liholani        |
| 10:47AM  | 15 | property, correct?                                                 |
|          | 16 | A    Yes.                                                          |
|          | 17 | Q    You used to live there?                                       |
|          | 18 | A    I used to live there.                                         |
|          | 19 | Q    Exhibit 1 is in evidence.  They're some photographs taken     |
| 10:47AM  | 20 | on the date of the arrest.                                         |
|          | 21 |         THE COURT:  Mr. Fujioka, I think the court reporter       |
|          | 22 | can't really hear you from where you are.                          |
|          | 23 | Q    (BY MR. FUJIOKA)  Do you recognize the fan in Photo No. 1?    |
|          | 24 | A    Yes.                                                          |
| 10:47AM  | 25 | Q    Whose fan is that?                                            |

|  |  |  |  |
|---|---|---|---|
|  | 1 | A | I believe that's Josh's. |
|  | 2 | Q | Do you recognize the dresser drawers in No. 1? |
|  | 3 | A | Yes. |
|  | 4 | Q | Do you know whose drawers those are? |
| 10:47AM | 5 | A | Those were from a dresser that I had left at the house; |
|  | 6 | and when Josh moved in, I gave that to him. |
|  | 7 | Q | The bed, do you recognize the mattress? |
|  | 8 | A | Yes, that was a bed that Josh used to sleep on. |
|  | 9 | Q | Do you know whose it is? |
| 10:47AM | 10 | A | I sure hope it's Josh's. I mean, I don't know whose bed |
|  | 11 | he was sleeping on. |
|  | 12 | Q | You don't know who the owner is? |
|  | 13 | A | I don't know who purchased the bed, no. |
|  | 14 | Q | Okay. Did you go into the -- have you ever been inside of |
| 10:48AM | 15 | that 3042 Liholani Street property while Josh was living there? |
|  | 16 | A | Yes. |
|  | 17 | Q | And do you know whether -- or had you been there while |
|  | 18 | Matt was -- Matt and Josh were both there? |
|  | 19 | A | I had been there when Matt wasn't sleeping there but Josh |
| 10:49AM | 20 | was. |
|  | 21 | Q | Do you recall whether Matt was able to go into Josh's |
|  | 22 | bedroom any time he wanted to? |
|  | 23 | A | No. Josh -- that was -- Josh really valued his privacy, |
|  | 24 | and Matt knew that it was off-limits. |
| 10:49AM | 25 | Q | So, Matt wouldn't just go into Josh's room whenever he |

82

```
 1              COURT REPORTER'S CERTIFICATE
 2         I, Sharon Ross, Official Court Reporter, United
 3   States District Court, District of Hawaii, do herby certify
 4   that the foregoing is a correct transcript from the record of
 5   proceedings in the above-entitled matter.
 6         DATED at Honolulu, Hawaii, November 8th, 2005.
 7
 8                    *Sharon Ross*
 9                    SHARON ROSS
10                    CSR 432, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

82