CJIS-Hawaii CRIMINAL JUSTICE INQUIRY- FULL RAP SHEET
KNEPPER,JOSHUA WILLIAM

| SID: A4007549 | Soc Sec No: 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 | FBI No: 456069FB1 |

**CONFIDENTIAL INFORMATION FOR CRIMINAL JUSTICE AGENCIES ONLY**

| | |
|---|---|
| Address: 3042A LIHOLANI ST PUKALANI, HI 96788 250-1822 | Sex: MALE |
| | Race: HAWAIIAN |
| | Date of Birth: 12/26/1977 |
| | Height: 6'2" |
| | Weight: 210 lbs. |
| As of Date: 02/25/2004 | Hair Color: BROWN |
| | Eye Color: BROWN |
| Convicted Felon: 09/09/1998 | Career Criminal: |
| US Citizen: | Place of Birth: COLORADO |
| Offender Status: PROBATION | Status Update Date: 07/28/2004 |
| Multi-State Offender: | Custody Facility: |
| Has Previous Federal Arrest(s): | Latest Arrest Agency: MAUI PD |
| Has/Had Juvenile Record: | Supervision Agency: MAUI PROB |
| DNA Sample: NONE | Fingerprint Class: \ A \ \ \ ./ A A\ / / |

Comment Date:
Comments:

CHARGE SUMMARY                                                Top

|  | Arrest/Add-On | Conv | Non Conv | Pend |
|---|---|---|---|---|
| Felonies: | 32 | 15 | 17 | 0 |
| Misdemeanors: | 9 | 6 | 2 | 1 |
| Petty Misdemeanors, Violations: | 1 | 1 | 0 | 0 |
| Total All Severities: | 42 | 22 | 19 | 1 |

| Arrest Add-On | Charge Description | MD | SV | Final/Last Charge | Charge Description | MD | SV | Arrest Add-On | Conv | Non Conv | Pend |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 134-0007 | OWN/POSS PROHIB | | FB | | | | | 1 | 0 | 1 | 0 |
| 134-0006 | USE/PL TO KEEP | | FC | 134-0006 | USE/PL TO KEEP | | FB | 1 | 0 | 1 | 0 |
| 707-0751 | CHILD ABUSE 2 | | FC | | | | | 30 | 15 | 15 | 0 |
| 710-1077 | CRIM CONTMP CRT | MD | | | | | | 7 | 4 | 2 | 1 |
| 710-1063 | UNSWRN FALSE AU | MD | | | | | | 1 | 1 | 0 | 0 |
| 249-0011 | FRAUD USE PLATE | MD | | 249-0011 | FRAUD USE PLATE | | VL | 1 | 1 | 0 | 0 |
| 706-0626 | PROB-NO BAIL | | | | | | | 1 | 1 | 0 | 0 |

ADDITIONAL IDENTIFICATION INFORMATION                                                Top

| Alias | Date of Birth | Soc Sec No |
|---|---|---|
| JOSH | No Data Available | No Data Available |
| KNEPPER,JOSHUA | | |

EXHIBIT " C "

knepper 000000006

KNEPPER,JOSHUA W
POOH
SMOOTH CRIMINAL

| Scars/Marks/Tattoos: Type / Description | | Miscellaneous No | |
|---|---|---|---|
| TAT L ARM | NULL | MAUI CTY MISC NO | 37459 |
| OTHER | TATOOS ON RT AND LEFT FOREARMS | CONSOLIDATED SO REG NO | X0001145 |
| TAT R ARM | | | |
| TAT RF ARM | POOH | | |

PRIOR ADDRESS INFORMATION                                                                 Top

| Address | Telephone | As of Date |
|---|---|---|
| 2108-A KAUPAKALUA RD HAIKU, HI 96708 | 874-5455 | 11/20/2001 |
| NO LOCAL ADDRESS HI 99999 | | 10/19/2000 |
| 353 ELILANI STREET A PUKALANI, HI 96788 | | 06/08/1998 |

LIST OF ARRESTS                                                                                    Top

| Tracking No | Arrest Date | Arrest Agency | Arrest District | Drug | Alcohol | Juvenile |
|---|---|---|---|---|---|---|
| 83674E0 | 02/25/2004 | MAUI PD | | | | |
| 90703C5 | 01/24/2003 | MAUI PD | | | | |
| 82645D1 | 02/25/2002 | MAUI PD | | | | |
| 86630D9 | 02/22/2002 | MAUI PD | | | | |
| 86631D8 | 02/22/2002 | MAUI PD | | | | |
| 94847C4 | 11/20/2001 | MAUI PD | | | | |
| 89856B4 | 10/19/2000 | MAUI PD | | | | |
| 96607B1 | 01/10/1999 | MAUI PD | | | | |
| 81493C8 | 06/08/1998 | MAUI PD | | | | |
| 99614B6 | 04/14/1998 | MAUI PD | | | | |
| 99615B5 | 04/14/1998 | MAUI PD | | | | |
| 92227A2 | 10/17/1997 | MAUI PD | | | | |

LIST OF CHARGES

CHARGE 1 Of 42  TOTAL CHARGES                                                          Top

| Tracking No / Arrest Date | Arrest Filing/Agency Report No | Arrest/ Filing Charge | Disposition Information |
|---|---|---|---|
| 83674E0 02/25/2004 | MAUI PD 04-17274 | 710-1077 CRIM CONTMP CRT MISDEMEANOR | Continuance Date DAG/DANC Return Date |

Drug:
Case No:
Warrant No: T04-M11-79
Date of Offense: 11/06/2003
Place of Offense: WAILUKU DIST CT

Pardon Date:

Comments:
Comment
Date:

CHARGE 2 Of 42  TOTAL CHARGES                                                          Top

| Tracking No / Arrest Date | Arrest Filing/Agency Report No | Arrest/ Filing Charge | Disposition Information | |
|---|---|---|---|---|
| 90703C5 01/24/2003 | MAUI PD 02-56213 | 710-1077 CRIM CONTMP CRT MISDEMEANOR | DISMISSED Continuance Date DAG/DANC Return Date | 02/25/2003 |