# MAUI COUNTY POLICE DEPARTMENT
## GENERAL CASE / INCIDENT REPORT

**RECORDS**

DIST REPORT NO: **05-07249**
CENSUS/DIST/BEAT: Pukalani / 32
Form 132

**CLASSIFICATION:** CRIMINAL TRESPASS I

**WHERE OCCURRED:** 1042-A Liholani Street, Pukalani
**DAY OF WEEK:** Sun
**DATE:** 012305
**TIME:** 0900

**REPORTED BY:** C-1, See Below
**HOW REPORTED:** Phone
**INVESTIGATOR ASSIGNED:** POEPOE, D. 007328
**BT:** 32  **WT:** 2
**TIME SENT:** 0911  **DATE ARRIVAL:** 012305 0913  **TIME BACK:** 1200

### CODE: C - COMPLAINANT    V - VICTIM

**No. 1 of 1** — LAST NAME: **SOUZA**  FIRST: **Matthew**
**RESIDENCE:** 1042-A Liholani Street, Pukalani, HI
**BUS/EMP/SCHOOL ADDRESS:** Rear of old Y-Hata, Self-Employed, Wailuku, HI
**SOCIAL SECURITY NO:** 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
**RACE:** CAU  **SEX:** M  **NAT:** C  **D.O.B.:** 082474
**OCCUPATION:** Mechanic
**BUS/EMP PHONE NO:** 870-2886  **RESIDENCE PHONE NO:** 870-2886

### CODE: A - ARRESTED PERSON    CA - CITIZEN ARREST    R - RESPONSIBLE    S - SUSPECT

**No. 1 of 1** — LAST NAME: **KNEPPER**  FIRST: **Joshua**  MIDDLE: **W**
**SOCIAL SECURITY NO:** 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  **DRIVER LICENSE NO:** 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
**BUS/EMP/SCHOOL ADDRESS:** Unemployed
**OCCUPATION:** Unemployed
**CONDITION:** Drinking X, Other X  **INTOXICATED:** X
**SOURCE OF DESCRIPTION:** & On-view
**RACE:** BLK  **SEX:** M  **NAT:** C  **D.O.B.:** 122677  **AGE:** 27  **HAIR:** BLK  **EYES:** BRO  **HT:** 6'3"  **WT:** 240
**CLOTHING WORN:** Shirt/Blouse Multi, Pants Tan
**PROSECUTION DESIRED:** Y
**RIGHTS READ:** Y  **ADMISSIONS MADE:** N

**HOW ATTACKED:** ***DNA***
**POINT OF ENTRY:** Window
**MEANS OF ATTACK:** Hands
**EVIDENCE:** Y — Latent Prints: N, Other Evidence: X

**SYNOPSIS:** On 01/23/05, A-1 was observed to be exiting the above residence via rear bedroom window. A-1 was advised by C-1 to vacate the residence, and may have had an old key to the residence. A-1 to have removed several glass jalousies and crawled out through the rear bedroom window where he was placed under arrest without incident.

Refer To Supplementary Report 05-07249

**REPT: THIS IS KEY REPORT**

| QTY | ITEM/ARTICLE | PROPERTY DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NUMBER | VALUE | VALUE RECOVERED |
|---|---|---|---|---|---|
| | | ***DNA*** | | | |

**TIED-UPS REPORT NOS.:** 7252

**ASSISTING INVESTIGATORS:** WON, M. 002397  **BT:** 32  **ARRIVAL TIME:** 0915

**HOW CLEARED:** Arrest/Prosecuted
**REPORT TAKEN BY:** POEPOE, D. 007328
**DATE:** 012305  **TIME:** 1250

EXHIBIT "E"

knepper 000000031

# MAUI COUNTY POLICE DEPARTMENT — PROPERTY REPORT FORM 137 — RECORDS

REPORT NO. **05-07249**

| | | |
|---|---|---|
| PRISONER PROPERTY RECEIPT | DATE ARRESTED | CHARGE |
| NAME OF PRISONER | LAST NAME  FIRST  MIDDLE | OFFICER CONDUCTING SEARCH |
| PRISONER SIGNATURE | | DATE PROPERTY TAKEN - TIME |
| | | WITNESS TO SEARCH |
| PROPERTY RECEIPT | OFFICER RECEIVING PROPERTY | |
| NAME OF OWNER (IF KNOWN) | LAST NAME  FIRST  MIDDLE | ADDRESS |
| | | DATE PROPERTY REC. - TIME |

**X EVIDENCE RECORD**

- CLASSIFICATION: CRIMINAL TRESPASS I
- DATE OCCURRED: 1/23/2005
- RECOVERED BY NAME: POEPOE, D. 007328
- DATE RECOVERED - TIME: 01/23/2005  0930
- COMPLAINANT: SOUZA, Matthew
- ADDRESS: 3042-A Liholani Street, Pukalani HI
- NAME OF OWNER: Maui Police Department
- ADDRESS: 55 Mahalani Street, Wailuku HI
- LOCATION/PERSON RECOVERED FROM: 3042-A Liholani Street
- ADDRESS: 3042-A Liholani Street, Pukalani HI
- WITNESS TO RECOVERY: None

**BRIEF FACTS AND CIRCUMSTANCES OF RECOVERY**
Below photo's were taken of the bedroom area and exit that Joshua KNEPPER used. Backpack recovered under 05-07281 also shown in photo's.

| QTY. | ITEM/ARTICLE | DESCRIPTION (TRADEMARK, COLOR, SIZE, ETC.) | SERIAL NO. | $ VALUE | WHERE/HOW MARKED (EVIDENCE ONLY) |
|---|---|---|---|---|---|
| 4 | Photo's | (1) Joshua KNEPPER room<br>(2) Exit used by KNEEPER, Backpack near matress<br>(3) Closer look at backpack and jalousies removed<br>(4) Photo of exit, within room looking outward | | | placed in white envelope with report # date, D. POEPOE E-7328 |

**CHAIN OF CUSTODY / PROPERTY TRANSFER**

| NO. | RECEIVED FROM SIGNATURE | RECEIVED BY SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| | POEPOE, D. 007328 | [signature] | | |

WRITTEN BY: POE, D. 007328   DATE 01 23 05   TIME 1243   SUPERVISOR APPROVAL [signature]   DATE 01/23/05   TIME 1336

05-07249



#2

05-07249 CRIMINAL TRESPASS I
01/23/05 0930 HOURS   D. POEPOE E-7328



05-07249 CRIMINAL TRESPASS I
01/23/05 0930 HOURS   D. POEPOE E-7328



#4

07249 CRIMINAL TRESPASS I
/23/05 0930 HOURS   D. POEPOE E-7328



#3

05-07249 CRIMINAL TRESPASS I
01/23/05 0930 HOURS   D. POEPOE E-7328

| | | |
|---|---|---|
| SOUZA, Matthew<br>3042-A Liholani Street<br>Pukalani, Hi. | 01/23/05<br>SGT. D. POEPOE | 05-07249<br>CRIMINAL TRESPASS I |

### ASSIGNMENT:

On 01/23/05 at about 0911 hours, Officer M. WON and Officer D. WIKOLI were assigned to 3042-A Liholani Street regarding a male party that was reporting his ex-roommate within the residence.

### ARRIVAL:

On 01/23/05 at about 0914 hours, myself and LT. KLINGMAN both arrived at 3042-A Liholani Street. A male party later identified as Matthew SOUZA was standing near the roadway. SOUZA related that the male party was still within, LT. KLINGMAN and myself began walking towards the garage area.

As I approached the garage area, I observed the door to be slightly ajar, and we approached, the door closed. Further checks revealed it to be locked. SOUZA reached into his pockets in attempts to get the keys.

It was learned that there was only one entry/exit to this residence. I then heard the sounds of glass breaking, at this time, LT. KLINGMAN and myself went around towards the rear portion of the residence.(Makai/Kula)

I then observed a male party later identified as Joshua KNEPPER exiting through a bottom glass jalousie type window. I then drew my taser, placed the red dot center of KNEPPER'S chest and gave him verbal commands into a kneeling position, and was able to place handcuffs on him without incident.

Officer M. WON arrived shortly thereafter, at which time, I requested that he search KNEPPER and detain him while I further investigate the above case.

### COMPLAINANT'S STATEMENT:   SOUZA, Matthew A/M/CAU/C

Was contacted on 01/23/05 at about 0917 hours, at his residence located at 3042-A Liholani Street. He related that Joshua KNEPPER has worked for him for approximately a year. In return for the work KNEPPER did, he was allowed to reside at the above residence. SOUZA has had problems with KNEPPER, therefore, he asked KNEPPER to leave. SOUZA related that he printed out an eviction notice from the internet and had KNEPPER sign it, however, he did not have the notice with him.

SOUZA related that on 01/13/05, KNEPPER gave him written notice that he was going to vacate the residence.

SOUZA, Matthew         01/23/05                    05-07249
PAGE 2

## COMPLAINANT'S STATEMENT CONTINUED:

On 01/23/05 at about 0900 hours, SOUZA related that he went to the residence in attempts to paint and see if there was anyone living there. SOUZA related that he has not physically resided at 3042-A Liholani Street since July 2004.

When SOUZA arrived, he observed Joshua KNEPPER within the livingroom area, there was a box filled with drugs on the table as well as a glass pipe. SOUZA tried talking to KNEPPER about going to Aloha House.

SOUZA then related that he had a 1994 White XR250-C dirtbike type motorcycle that was street legal at one time parked on the mauka side of the residence. The front tire was flat and the clutch lever was broken. There were no license plates on the bike, and that he was not sure of the amount of gas. Further related that the bike still operable. The last time he observed the bike there was approximately two weeks ago.

SOUZA further related that he had two sets of tires and rims within the yard makai side near the livingroom area of the residence. One set of four tires and rims had "Alcoa" 6 lug chevy rims with "Super Swamper" tires. Each tire and rim was valued at $1,000.00. The second set of four were "Centerline" 5 lug Chevy rims two with 295/50/15 tires, and two with 265/70/15 tires, unknown brand tires. Each rim and tire valued at $1,000.00. The last time he saw these items were three to four weeks ago.

SOUZA related that he did not report these items missing or stolen earlier is because he has expensive vehicles that he works on that are stored at his place of employment and was afraid KNEPPER would damage his property should he report any items missing.

SOUZA did not give KNEPPER authorization to sell of loan any of the above items.

SOUZA then escorted me into the residence, he was concerned that there may be drugs still within the residence. None were detected in the living room area, bathroom was also negative, toilet had not be flushed recently as there were things floating within.

We then entered the makai most bedroom, which SOUZA referred to as Joshua KNEPPER'S bedroom. Dresser drawers were taken out and empty, bed was leaning up against the wall, closet empty. SOUZA showed me a backpack that was observed behind of the mattress and wall. SOUZA related that the backpack belongs to KNEPPER. I then took the backpack to Officer M. WON . No drugs were found within the residence. Nothing further to add.

SOUZA, Matthew　　　　　　　　　01/23/05　　　　　　　　　　　　　　05-07249
PAGE 3

## SCENE:

Single story concrete structure located at 3042-A Liholani Street used as a residence. This residence consist of two bedrooms, one bathroom, a livingroom and kitchen with an open single car garage.

Dirtbike was left unattended on the mauka side of the residence. This area has tall cane grass, and a vacant lot just mauka of that.

Tires and rims were left unattended makai of the residence, near a metal storage shed. This area also cane grass and several abandoned boats and vehicles.

## TASER DISPLAY/INVESTIGATIVE DETAINMENT:

As I approached the garage area, I observed the door to be slightly ajar, and we approached, the door closed. Further checks revealed it to be locked. SOUZA reached into his pockets in attempts to get the keys.

It was learned that there was only one entry/exit to this residence. I then heard the sounds of glass breaking, at this time, LT. KLINGMAN and myself went around towards the rear portion of the residence.(Makai/Kula)

I then observed a male party later identified as Joshua KNEPPER exiting through a bottom glass jalousie type window. I then drew my taser, placed the red dot center of KNEPPER'S chest and gave him verbal commands into a kneeling position, and was able to place handcuffs on him without incident.

## CONNECT UP CASES:

SOUZA, Matthew　　　　　　　　01/09/05　　　　　　　　　　　　　　05-07252
3042-A Liholani Street　　　　　SGT. D. POEPOE　　　　　UNAUTHORIZED CONTROL
Pukalani, Hi　　　　　　　　　　　　　　　　　　　　　　　PROPELLED MOTOR VEHICLE

Between 01/09/05-01/23/05, unknown person(s) to have removed a 1994 Honda XR250-C Dirtbike from the above residence. Bike was left outside, mauka side of the residence, unknown amount of gas. Front tire was flat and clutch lever was broken, however, bike was still operable. If located contact the complainant, if not rotational tow.

DISPOSITION: Pending.

SOUZA, Matthew                              01/23/05                                    05-07249
PAGE 4

## CONNECT UP CASES CONTINUED:

SOUZA, Matthew                       01/01/05                              05-07258
3042-A Liholani Street              SGT. D. POEPOE                        THEFT II
Pukalani, Hi.

Between 01/01/05 –01/23/05, unknown person(s) to have removed two sets of tires and rims from the above residence. The tires and rims were left unattended within the yard area of 3042-A Liholani Street. The first set contained four "Alcoa" 6 lug Chevy rims with 38.5 "Super Swamper" tires valued at $1,000.00 each.

The second set of tires and rims were four "Centerline" 5 lug Chevy rims with two 295/50/15 tires and two 265/70/15 tires. Each valued at $1,000.00. Total Value $8,000.00.

DISPOSITION: Pending.

## ARRESTEE/STATEMENT:

Refer to Officer M. WON report.

## PHOTO'S:

On 01/23/05 at about 0930 hours, I took four polaroid photo's of the exit used by Joshua KNEPPER. I utilized a polaroid spectra.

PHOTO #1:   Photo of Joshua KNEPPER'S room.

PHOTO #2:   Exit used by KNEPPER, from outside of residence.

PHOTO #3:   Closer look at exit as well as location backpack was found.

PHOTO #4:   Exit from inside of residence.

## APB INFORMATION:

On 01/23/05 at about 1430 hours APB information stolen dirt bike was given to RTO RE.

SOUZA, Matthew  01/23/05  05-07249
PAGE 5

## INVESTIGATION:

Reveals that on 0123/05 at about 0900 hours, Matthew SOUZA observed Joshua KNEPPER within the residence located at 3042-A Liholani Street. KNEPPER was to have vacated the residence as of 01/13/05.

Upon arrival, KNEPPER was observed exiting the residence through the rear bedroom jalousie type window. He was then placed under arrest for CRIMINAL TRESPASS I. While conducting a search of the residence with SOUZA a backpack belonging to KNEPPER was located wihtin his bedroom, consent to search was denied by KNEPPER, therefore, back was taken to Officer T. WONG and canine screening was done. As a result PROMOTING DETRIMENTAL DRUG I INVESTIGATION (05-07281) was documented.

SOUZA further related that he had a dirt bike that was missing from his residence as well as two sets of tires and rims. These items were left unattended within his yard area. Total Value of the tires/rims were $8,000.00.

## DISPOSITION:

Pending.

SGT. D. POEPOE E-7328
01/23/05    1547 hours

knepper 000000038

787025-05-0048

EXHIBT 6.   Maui County Police Department (MPD) Incident Report number 05-07281: Promoting Dangerous Drug 1st, dated 01/12/2005, as prepared by MPD Officer M. Won, 55 Mahalani St., Wailuku Station, Maui, Hawaii 96793.

ATTACHMENT (S):

Maui County Police Department (MPD) Property Report number 05-07281;
Maui County Police Department (MPD) Synopsis Report number 05-07281.

knepper 000000039