PERMISSION TO COPY DENIED                1

```
 1            IN THE DISTRICT COURT OF THE SECOND CIRCUIT

 2                         STATE OF HAWAII

 3

 4     STATE OF HAWAII,        ) SUBSEQUENTLY NUMBERED

 5             vs.             ) CRIMINAL NO. 05-1-0045(2)

 6     JOSHUA W. KNEPPER,      )

 7               Defendant.    )

 8     _____) PRELIMINARY HEARING

 9

10                      TRANSCRIPT OF PROCEEDINGS

11     before the Honorable Reinette Cooper, Judge presiding,

12     Wednesday, January 26, 2005, Wailuku, Maui, Hawaii.

13

14     APPEARANCES:

15          For the State:       Robert Rivera, Esq.

16                               Deputy Prosecuting Attorney

17

18          For the Defendant:   Kirsten Giroux, Esq.

19                               Deputy Public Defender

20

21

22

23

24

25     Reported by:
```

Laurie Cooper, RPR, CRR, CSR 357
Official Court Reporter, State of Hawaii

EXHIBIT "F"

PERMISSION TO COPY DENIED

2

```
 1                           I N D E X

 2     WITNESSES          DIRECT   CROSS   REDIRECT   RECROSS

 3        By the State:

 4     MYLES WON             5      12       13

 5     TOD WONG             16      27
```

Laurie Cooper, RPR, CRR, CSR 357
Official Court Reporter, State of Hawaii

2

```
 1          THE COURT:  Cross-examination.
 2
 3              C R O S S - E X A M I N A T I O N
 4   BY MS. GIROUX:
 5       Q.   Officer, when you arrived on the property,
 6   who else -- well, let me ask you this.  Did you see the
 7   complainant, Matthew Souza?
 8       A.   Yes, I did.
 9       Q.   Other than him and Joshua Knepper, was
10   there anybody else who was present?
11       A.   Sergeant Poepoe.
12       Q.   Okay.  Other than anybody from the police
13   department?
14       A.   No.  I didn't notice anybody else.
15       Q.   Did you have an opportunity to speak to
16   Mr. Souza?
17       A.   No, I didn't.  I did briefly -- I went to
18   advise him of what the -- the suggestion Mr. Knepper
19   offered in regard to his backpack being searched.
20       Q.   Did you make the arrest for criminal
21   trespass in this case?
22       A.   Yes.
23       Q.   Isn't it true that Mr. Knepper -- and
24   you're aware that Mr. Knepper was residing in this
25   residence?
```

```
 1       A.      I understand that, yes.
 2       Q.      And you were never shown any documentation
 3   that he had been evicted from this residence; correct?
 4       A.      No.
 5       Q.      Were you able to determine who was the
 6   owner of this property?
 7       A.      Yes.
 8       Q.      And who was that?
 9       A.      Well, the person that was renting -- the
10   person authorized for the property would be
11   Matthew Souza.
12       Q.      So Matthew Souza was subletting --
13       A.      Correct.
14       Q.      -- is that correct?
15       A.      Yes.
16       Q.      And you know that Mr. Knepper was working
17   for Mr. Souza; correct?
18       A.      From what I heard, yes.
19               MS. GIROUX:  Your Honor, I have no further
20   questions.
21
22                R E D I R E C T   E X A M I N A T I O N
23   BY MR. RIVERA:
24       Q.      Just for the court's edification, your
25   last response, from what you heard, who did you hear
```

Laurie Cooper, RPR, CRR, CSR 357
Official Court Reporter, State of Hawaii

PERMISSION TO COPY DENIED

```
 1                    C E R T I F I C A T E
 2
 3      STATE OF HAWAII              )
 4      COUNTY OF MAUI               )
 5      _____)
 6
 7
 8           I, LAURIE COOPER, RPR, CRR, CSR 357, an
 9      Official Court Reporter for the Second Circuit
10      Court, State of Hawaii, do hereby certify that
11      the foregoing comprises a full, true, and correct
12      transcription of my stenographic notes taken in
13      the above-entitled cause, to the best of my
14      ability.
15
16           Dated this 11th day of March, 2005.
17
18                     OFFICIAL COURT REPORTER
19
20
21                     _____
22                     LAURIE COOPER, RPR, CRR, CSR 357
23
24
25
```