CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on ___FEB 13 2006___.

                                              By U.S. Mail    By Hand Delivery

EDWARD H. KUBO, JR., ESQ.                                     X
United States Attorney
LORETTA SHEEHAN, ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

        DATED at Honolulu, Hawaii, ___FEB 13 2006___.

                                                       _____
                                                       HARLAN Y. KIMURA
                                                     Attorney for Defendant
                                                     JOSHUA KNEPPER