EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00191 JMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND |
| v. | ) | TOLLING TIME FROM |
| | ) | COMPUTATION UNDER THE |
| JOSHUA KNEPPER, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER CONTINUING TRIAL AND TOLLING
TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT

On February 13, 2006, the defendant, Joshua Knepper, through counsel Harlan Y. Kimura, Esq., filed a Motion to Suppress Evidence Due to Illegal Arrest. The United States has requested additional time to respond to the motion in that the government's witness, Sgt. Doralyn Poepoe, will be out of the

country and unavailable to testify within the time currently scheduled to resolve motions.

The parties stipulate, therefore, to a continuance of trial to allow for the time necessary to litigate the defendant's Motion To Suppress Evidence.

The Court continues trial to April 25, 2006.  The Court finds that the trial date must be continued in that the failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds that the ends of justice in continuing the trial outweigh the defendant's and public's interest in a speedy trial, and therefore, tolls the period from March 29, 2006 to and including April 25, 2006 from computation under the Speedy Trial Act.

Trial is continued to April 25, 2006.  The final pretrial is scheduled for March **28,** 2006 at **2:00 p.**m. before the Honorable Barry M. Kurren.  The hearing on the Motion

//
//
//
//
//
//
//

to Suppress Evidence is scheduled for April 10, 2006 at 11:00 a.m.

DATED: February 27, 2006, at Honolulu, Hawaii.

IT IS SO STIPULATED.

__/s/ Loretta Sheehan__
Loretta Sheehan
Assistant U.S. Attorney

__/s/ Harlan Y. Kimura__
Harlan Y. Kimura, Esq.
Counsel for Defendant
Joshua Knepper

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 27, 2006.

_____
J. Michael Seabright
United States District Judge

United States v. Joshua Knepper
Cr. No. 05-00191 JMS
Stipulation and Order Continuing
Trial and Tolling Time From
Computation Under the Speedy Trial Act

3