ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Major Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 2 2006

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br><br>          v. )<br><br>JOSHUA KNEPPER, )<br><br>                    Defendant. )<br>_____ ) | CR. NO. 05-00191 JMS<br><br>FIRST SUPERSEDING INDICTMENT<br><br>[18 U.S.C. §§ 922(g)(1);<br>924(a); 21 U.S.C. §§<br>841(a); 841(b)(1)(B);<br>844] |

FIRST SUPERSEDING INDICTMENT

COUNT 1

FELON IN POSSESSION OF A FIREARM

The Grand Jury charges:

On or about January 23, 2005, in the District of

Hawaii, the defendant, JOSHUA KNEPPER, having been convicted of a

crime punishable by imprisonment for a term exceeding one year,

did knowingly possess in and affecting commerce a firearm and

ammunition, to wit, a Charter Arms .38 special revolver, bearing
serial number 252974 and five rounds of Winchester .38 spl+P
hollow point ammunition.

All in violation of Title 18, United States Code,
Sections 922(g)(1) and 924(a).

## COUNT 2

POSSESSION WITH INTENT TO DISTRIBUTE FIVE GRAMS OR MORE OF
METHAMPHETAMINE, ITS SALTS, ISOMERS AND SALTS OF ISOMERS.

The Grand Jury further charges:

On or about January 23, 2005, in the District of
Hawaii, the defendant, JOSHUA KNEPPER, intentionally and
knowingly possessed, with the intent to distribute, five grams or
more of methamphetamine, its salts, isomers, and salts of
isomers.

All in violation of Title 21, United States Code,
Sections 841(a) and 841(b)(1)(B).

## COUNT 3

POSSESSION OF MARIJUANA

The Grand Jury further charges:

On or about January 23, 2005, in the District of
Hawaii, the defendant, JOSHUA KNEPPER, intentionally and
knowingly possessed marijuana, a Schedule II controlled

//

//

//

substance.

All in violation of Title 21, United States Code, Section 844.

DATED: March 2, 2006, at Honolulu, Hawaii.

A TRUE BILL

/S/ Foreperson
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. JOSHUA KNEPPER
Cr. No. 05-00191 JMS
First Superseding Indictment

3