# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/8/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00191JMS

CASE NAME:         USA v. Joshua Knepper

ATTYS FOR PLA:     Loretta A. Sheehan

ATTYS FOR DEFT:    Harlan Kimura

INTERPRETER:

|          |                  |           |               |
|----------|------------------|-----------|---------------|
| JUDGE:   | Barry M. Kurren  | REPORTER: | C6F           |
| DATE:    | 3/8/2006         | TIME:     | 11:24 - 11:25 |

COURT ACTION:  EP: A & P to First Superseding Indictment - deft present in custody. Arrn waived.  Plea of NOT GUILTY entered.  Trial date to remain on 4-25-06.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager