AO 83 (Rev. 12/85) Summons in a Criminal Case

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at ____ o'clock and __0__ min. __A__ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

v.

JOSHUA KNEPPER
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-00191 JMS

*Dwight / James : Serve in Cell!*

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Barry M. Kurren, United States Magistrate Judge | Date and Time<br>March 8, 2006 at 11:00 a.m. |

To Answer a Superceding Indictment

Charging you with a violation of Title 18 United States Code, Sections 922(g)(1) and 924(a), 21 United States Code, Sections 841(a) and 841(b)(1)(B), and 844.

Brief description of offense:

Count 1:   Felon possess in and affecting commerce a firearm and ammunition

Count 2:   Possess with intent to distribute methamphetamine, a Schedule II controlled substance

Count 3:   Possess marijuana, a Schedule II controlled substance

RECEIVED
2006 MAR -3 AM 4:45
U.S. MARSHALS SERVICE
HONOLULU, HI

_____
Sue Beitia
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer/Deputy Clerk

March 2, 2006
Date

Case 1:05-cr-00191-JMS   Document 67   Filed 03/08/2006   Page 2 of 2

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 05-00191 JMS
USA vs. Joshua Knepper

## RETURN OF SERVICE

Service as made by me on:[1]   Date  3/8/06

Check one box below to indicate appropriate method of service

☒  Served personally upon the defendant at: USMS D/HI CELLBLOCK

☐  Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____         Mark M. Hanohano
               Date                Name of United States Marshal

                                   _____
                                   (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure