# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 05-00191JMS-01

CASE NAME:       United States of America vs. Joshua Knepper

ATTYS FOR PLA:   Loretta A. Sheehan

ATTYS FOR DEFT:  Harlan Kimura

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:   Steve Platt

DATE:    4/10/2006                     TIME: 11:10 - 12:15  1:15 -2:00

COURT ACTION:  1) Motion to Suppress Evidence Due to Illegal Arrest.
2) Motion to Compel Election Between Multiplicitous Firearm and Ammunition Counts:

Defendant present in custody with counsel Harlan Kimura.

CST:  Doralyn Poepoe
      Myles Won

Governments Exhibit #1 admitted ( (search warrant, photos, Maui County Police Report)

Defendants Exhibit A admitted ( Maui County Police Report by Sgt. Poepoe)
Defendants Exhibit B admitted (Maui County Police Report by Officer Myles Won)

Arguments made.

Motion to Suppress Evidence Due to Illegal Arrest DENIED.
Motion to Compel Election Between Multiplicitous Firearm and Ammunition Counts MOOT.

Defendant's oral motion to file Third Motion to Suppress GRANTED.

Page 2
Criminal 05-00191JMS-01
U.S.A. vs. Joshua Knepper
Aprill 10, 2006


Mr. Kimura to file motion by the close of business, Friday, April 14, 2006.
Ms. Sheehan to file reply by Thursday, April 20, 2006.

Hearing on the Third Motion to Suppress scheduled to be heard on Monday, April 24, 2006 at 9:30 a.m.

Jury Trial now scheduled for April 25, 2006 is continued to June 20, 2006 at 9:00 a.m. before the Honorable J. Michael Seabright.

Ms. Sheehan to prepare Stipulation and Order regarding speedy trial.


Submitted by:   Dottie Miwa, Courtroom Manager