IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00191-01 JMS |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| JOSHUA KNEPPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, HARLAN Y. KIMURA, hereby declare as follows:

1. That I am counsel for Defendant JOSHUA KNEPPER (hereinafter "Knepper") having been appointed pursuant to the Criminal Justice Act.

2. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATED at Honolulu, Hawaii, ___APR 1 4 2006___.

/s/ HARLAN Y. KIMURA
HARLAN Y. KIMURA