CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties listed below, in the manner described thereto, at their last-known addresses, on  APR 1 4 2006  .

                              By U.S. Mail    By Hand Delivery

EDWARD H. KUBO, JR., ESQ.                           X
United States Attorney
LORETTA SHEEHAN, ESQ.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

        DATED at Honolulu, Hawaii,  APR 1 4 2006  .

                              _____
                              HARLAN Y. KIMURA
                              Attorney for Defendant
                              JOSHUA KNEPPER