ORIGINAL

HARLAN Y. KIMURA  #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii  96813
Tel. No. 521-4134
FAX No. 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 4 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JOSHUA KNEPPER,<br><br>　　　　Defendant. | CR. NO. 05-00191-01 JMS<br><br>NOTICE OF MOTION;<br>MOTION TO SUPPRESS<br>EVIDENCE DUE TO<br>DEFECTIVE AFFIDAVIT FOR<br>SEARCH WARRANT;<br>DECLARATION OF COUNSEL;<br>EXHIBIT "A"; CERTIFICATE<br>OF SERVICE<br><br>Date:　April 24, 2006<br>Time:　9:30 a.m.<br>Judge:　J. Michael Seabright |

## NOTICE OF MOTION

TO:　EDWARD H. KUBO, JR., ESQ.
　　　United States Attorney
　　　LORETTA SHEEHAN, ESQ.
　　　Assistant United States Attorney
　　　PJKK Federal Building
　　　300 Ala Moana Boulevard, Room 6100
　　　Honolulu, Hawaii  96813

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable J. Michael Seabright, in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on April 24, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii, APR 1 4 2006

HARLAN Y. KIMURA
Attorney for Defendant
JOSHUA KNEPPER

HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00191-01 JMS |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO SUPPRESS |
| | ) EVIDENCE DUE TO |
| vs. | ) DEFECTIVE AFFIDAVIT FOR |
| | ) SEARCH WARRANT |
| JOSHUA KNEPPER, | ) |
| | ) Date:   April 24, 2006 |
| Defendant. | ) Time:   9:30 a.m. |
| | ) Judge:  J. Michael Seabright |

MOTION TO SUPPRESS EVIDENCE
DUE TO DEFECTIVE AFFIDAVIT FOR SEARCH WARRANT

COMES NOW Defendant JOSHUA KNEPPER (hereinafter "Knepper"), by and through his counsel, Harlan Y. Kimura, and hereby moves this Honorable Court for an order suppressing all the evidence obtained in this case from his "AMERICAN UNI" black/grey colored backpack (hereinafter "Backpack") because the Affidavit For Search Warrant (hereinafter "Affidavit") in

support of Search Warrant No. SW 2005-500 did not establish Probable Cause to search the same. Specifically, the Affidavit was defective because it did not adequately: (a) set forth the qualifications or reliability of Canine "Driem"; (b) specify the qualifications of its handler, Officer Tod Wong; and (c) describe how "Driem" "alerted/indicated" to the Backpack. Additionally, there was no description of the line-up (which purportedly also included the Backpack) in the Affidavit for the reviewing judicial officer to determine whether the "alert/indication" of "Driem" constituted Probable Cause.

This Motion is being made pursuant to, and supported by, the authorities and arguments set forth in the attached Memorandum Of Law, Exhibits, and further evidence to be adduced at the hearing on the same.

DATED at Honolulu, Hawaii, APR 1 4 2006 .

_____
HARLAN Y. KIMURA
Attorney for Defendant
JOSHUA KNEPPER

2