IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00191-01 JMS |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| JOSHUA KNEPPER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF COUNSEL

I, HARLAN Y. KIMURA, hereby declare as follows:

1. That I am counsel for Defendant JOSHUA KNEPPER (hereinafter "Knepper") having been appointed pursuant to the Criminal Justice Act.

2. Attached hereto as Exhibit "A" and made a part hereof is a true and correct Search Warrant No. SW 2005-500 (Bates No. Knepper 000000067-76) that he received from Knepper's former counsel, Stuart N. Fujioka, Esq., related to the above-entitled case.

3. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATED at Honolulu, Hawaii, APR 1 4 2006.

HARLAN Y. KIMURA