# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00191JMS-01 |
| CASE NAME: | United States of America vs. Joshu Knepper |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Harlan Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 4/24/2006 | TIME: | 9:00 - 11:00 |

COURT ACTION:  Defendant's Motions to Suppress:

Defendant present in custody with counsel Harlan Kimura.

CST:  Myles Won
      Tod Wong

Exhibits Admitted: Governments #2.  (Search Warrant)
(same exhibit as governments #1 admitted on 4/10/2006)

Arguments made.

Motion to Suppress taken under advisement.

Mr. Kimura to file a reply memo to the governments opposition in five days.


Submitted by: Dottie Miwa, Courtroom Manager