# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00191JMS-01 |
| CASE NAME: | United States of America vs. Joshua Knepper |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Harlan Kimura |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
| DATE: | 5/31/2006 | TIME: | 9:30 - 10:35 |

COURT ACTION:  Motion for Withdrawal of Not Guilty Plea and to Plead Anew:

Defendant present in custody with counsel Harlan Kimura.

Defendant sworn.  Questioned by Court.

Advised of his constitutional rights, provisions of the Sentencing Guidelines.

Court read the indictment to the defendant.

Advised of the maximum and minimum penalties provided by law.

Ms. Sheehan recited the essential provisions of the plea agreement.
Memorandum of Plea Agreement filed.

Ms. Sheehan summarized the governments evidence against the defendant.
The defendant admitted his involvement in this case.

Guilty plea entered to Counts 1, 2, 3 of the First Superseding Indictment.  Court accepts guilty plea and enters judgment of guilty.

Defendant referred for presentence investigation and report and sentencing scheduled for October 10, 2006 at 2:15 p.m. before the Honorable J. Michael Seabright.

BAIL: Ordered that defendant continue to be detained.
Submitted by:   Dottie Miwa, Courtroom Manager