EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN  #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

> IN THE UNITED STATES DISTRICT COURT
>
> FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00191 JMS |
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| JOSHUA KNEPPER, | ) | |
| | ) | Date: October 10, 2006 |
| Defendant. | ) | Time: 2:15 P.M. |
| | ) | Judge: J. Michael Seabright |

<u>STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT</u>

        The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

        DATED:  August 31, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By <u>/s/ Loretta A. Sheehan</u>
          LORETTA SHEEHAN
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    Harlan Y. Kimura                August 31, 2006
    hyk@aloha.net

    Attorney for Defendant
    JOSHUA KNEPPER

Served by Hand Delivery

    U.S. Probation Office          August 31, 2006
    ATTN:  Neil W. Tsukayama
    300 Ala Moana Boulevard
    Honolulu, HI   96850

DATED:  August 31, 2006, at Honolulu, Hawaii.

                                      /s/ Iris Tanaka