ORIGINAL

HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 5 2006

at 3 o'clock and 4 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00191 JMS |
|---|---|
| Plaintiff, | ) NOTICE OF MOTION TO |
| | ) WITHDRAW AS COUNSEL; |
| vs. | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL; DECLARATION OF |
| JOSHUA KNEPPER, | ) COUNSEL; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) Date: |
| | ) Time: |
| | ) Judge:   Barry M. Kurren |
| | ) |

NOTICE OF MOTION TO WITHDRAW AS COUNSEL

TO:   EDWARD H. KUBO, JR., ESQ.
      United States Attorney
      LORETTA SHEEHAN, ESQ.
      Assistant United States Attorney
      PJKK Federal Building
      300 Ala Moana Boulevard, Room 6100
      Honolulu, Hawaii 96813

PLEASE TAKE NOTICE that the following motion will be heard before The Honorable Barry M. Kurren in his courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Second Floor, Honolulu, Hawaii 96850, on September ___, 2006 at _____ ___.m., or as soon thereafter as counsel may be heard.

DATED at Honolulu, Hawaii, _____SEP - 5 2006_____.

HARLAN Y. KIMURA
Attorney for Defendant
JOSHUA KNEPPER

HARLAN Y. KIMURA #3321
Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813
Telephone No. (808) 521-4134
Facsimile No. (808) 521-0361
E-mail: hyk@aloha.net

Attorney for Defendant
JOSHUA KNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00191 JMS |
| | ) |
| Plaintiff, | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL |
| vs. | ) |
| | ) |
| JOSHUA KNEPPER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION WITHDRAW AS COUNSEL

COMES NOW HARLAN Y. KIMURA, and hereby requests this Honorable Court to permit him to withdraw as Counsel for Defendant JOSHUA KNEPPER (hereinafter "Knepper") because the Attorney-Client relationship between Knepper and him is irreparably and irretrievably broken due to matters he is prevented from revealing in accordance with the Attorney-Client Privilege.

This Motion is based upon Rules 44 and 47 of the <u>Federal Rules of Criminal Procedure</u>, the attached Declaration Of Counsel, the records and files in this case, and the arguments of counsel to be made at a hearing thereon.

DATED at Honolulu, Hawaii,    SEP - 5 2006   .

                                          HARLAN Y. KIMURA
                                          Attorney for Defendant
                                          JOSHUA KNEPPER