IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00191 JMS |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| JOSHUA KNEPPER, | ) |
| Defendant. | ) |

DECLARATION OF COUNSEL

I, HARLAN Y. KIMURA, hereby declare as follows:

1. That I am counsel for Defendant JOSHUA KNEPPER (hereinafter "Knepper") having been appointed pursuant to the Criminal Justice Act.

2. By letter dated August 31, 2006, Knepper raised various matters he had concerns with regarding my representation of him in the above-entitled case. Specifically, Knepper questioned my professional integrity and duty of loyalty to him.

3. There are other issues or matters raised by Knepper which I am prevented from disclosing due to the Attorney-Client Privilege.

4.  Based upon the above, the Attorney-Client Relationship between us is irreparably and irretrievably broken and therefore, it is impossible for me to continue representing Knepper.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATED at Honolulu, Hawaii, ___SEP - 5 2006___.

HARLAN Y. KIMURA