# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 05-00191JMS

CASE NAME:      USA v. Joshua Knepper

ATTYS FOR PLA:  Loretta A. Sheehan

ATTYS FOR DEFT: Harlan Kimura

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 9/7/2006 | TIME: | 1:29 - 1:30 |

COURT ACTION:  EP: [90] Motion to Withdraw as Counsel - deft present in custody. Kimura withdraws and terminates the motion.

Deft remanded to custody of U.S. Marshal.