ORIGINAL

DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308
dkeith02@earthlink.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 1 2 2006

at _10_ o'clock and _35_ min, A M
SUE BEITIA, CLERK

Attorney for Defendant
JOSHUA KNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CR. NO. 05-00191JMS |
| Plaintiff, | ) ) | NOTICE OF APPEAL; |
| vs. | ) ) | CERTIFICATE OF SERVICE |
| JOSHUA KNEPPER | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the defendant, JOSHUA KNEPPER,

appeals to the United States Court of Appeals for the Ninth Circuit from his

conviction, sentence, and judgment entered on October 10, 2006.

Dated:      October 11, 2006, at Kapolei, Hawaii

DeAnna S. Dotson
Attorney for Defendant

SCANNED

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Loretta Sheehan
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:        October 12, 2006, at Kapolei, Hawaii

DeAnna S. Dotson