# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. JOSHUA KNEPPER

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00191JMS

II. **DATE NOTICE OF APPEAL FILED:** 10/12/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA - Court appointed atty 06/27/05

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**       **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)