TO:        Clerk, U.S. Court of Appeals                                    Date: October 26, 2006

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

CASE INFORMATION

COMPLETE TITLE:       U.S.A. vs JOSHUA KNEPPER

U.S.D.C CASE NO.       CR 05-00191JMS

U.S.D.C. JUDGE:        J. Michael Seabright

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:   05/12/05

APPEALED ORDER FILED:        10/12/06

NOTICE OF APPEAL FILED:      10/12/06

COUNSEL INFORMATION

APPELLANT:
DeAnna S. Dotson, Esq.
P.O. Box 700953
Kapolei, HI  96709-0953

APPELLEE:
LORETTA SHEEHAN, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA - 06/27/05

(e.g. C.J.A., Public Defender, Other.)

DEFENDANT INFORMATION

ADDRESS:                                    CUSTODY:          ✓

                                            BAIL:             __
F/P GRANTED:      __

NO OF DAYS OF TRIAL:  __                    COUNSEL WAIVED:   __

                                            COURT REPORTER(S):   ESR, Sharon Ross