IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. CR 05-00191 JMS

Short Case Title: USA v. Knepper

Date Notice of Appeal Filed by Clerk of District Court: 12 Oct 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| see attached | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 02 2006

at 10 o'clock and 0 min. ___ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 2 Nov 06    Estimated date for completion of transcript: _____

Print Name of Attorney: DeAnna S. Dotson    Phone Number: 391-2308

Signature of Attorney: _____

Address: PO Box 700853 Kapolei HI 96709-0853

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript–Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                    BY: _____
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

Re:   U.S. District Court Case No.:   CR05-00191JMS
      Short Case Title:              USA v. KNEPPER

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
| --- | --- | --- |
| 06/03/05 | ESR –tape FTR-C5 | Arraignment and Plea |
| 06/15/05 | ESR – tape FTR-C5 | Detention hearing |
| 09/26/05 | Sharon Ross | Motion Suppress Evidence |
| 11/01/05 | ESR – tape FTR-C7 | Motion withdraw as Counsel |
| 11/18/05 | Sharon Ross | Appeal and Reconsideration |
| 04/10/06 | Steve Platt | Motion Suppress; Compel |
| 04/24/06 | Sharon Ross | Motion to Suppress #3 |
| 05/31/06 | Sharon Ross | Motion Withdraw Guilty Plea |
| 10/10/06 | Sharon Ross | Sentencing |