ORIGINAL

DeAnna S. Dotson, Esq. (HBN #7649)
P.O. Box 700953
Kapolei, Hawaii 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant-Appellant
JOSHUA KNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>vs.<br><br>JOSHUA KNEPPER<br><br>    Defendant-Appellant. | ) CR.NO. 05-00191 JMS<br>) (District of Hawaii)<br>)<br>) STIPULATION TO RELEASE<br>) SEALED PORTIONS OF<br>) TRANSCRIPT; ORDER<br>)<br>)<br>)<br>) |

STIPULATION TO RELEASE SEALED PORTIONS OF TRANSCRIPT

    DeAnna S. Dotson, appointed counsel for Joshua Knepper, and Loretta Sheehan, Assistant United States Attorney, hereby stipulate to release the sealed portions of the November 18, 2005 transcript to Appellant's counsel only. The transcript has been ordered in preparation for Appellant Joshua Knepper's appeal to the Ninth Circuit Court.

DATED:   November 8, 2006, at Kapolei, Hawaii

Respectfully submitted,

_____
DeAnna S. Dotson
Attorney for Defendant-Appellant


_____
Loretta A. Sheehan
Assistant U. S. Attorney


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE