S. Ross
rec'd 11/2/06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. CR 05-00191 JMS
Short Case Title USA v. Knepper
Date Notice of Appeal Filed by Clerk of District Court 12 Oct 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| see attached | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 0 5 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 2 Nov 06   Estimated date for completion of transcript _____
Print Name of Attorney DeAnna S. Dotson   Phone Number 391-2308
Signature of Attorney _____
Address PO Box 700853 Kapolei HI 96709-0853

**SECTION B** - To be completed by court reporter

I, Sharon Ross
(signature of court reporter) have received this designation.
(X) Arrangements for payment were made on 11/6/06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

250  Approximate Number of Pages in Transcript--Due Date 12/7/06

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 11-18-05   Court Reporter's Signature Sharon Ross
9-7-06 and 11/29/06

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia           12 05 06         BY: _____
(U.S. District Court Clerk)   (date)         DEPUTY CLERK

Re:   U.S. District Court Case No.:   CR05-00191JMS
      Short Case Title:                USA v. KNEPPER

Section A – Other Proceedings:

| Hearing Date | filed | Court Reporter | Proceedings |
|---|---|---|---|
| 06/03/05 | | ESR –tape FTR-C5 | Arraignment and Plea |
| 06/15/05 | | ESR – tape FTR-C5 | Detention hearing |
| ✓ 09/26/05 | 11/8/05 | Sharon Ross | Motion Suppress Evidence |
| 11/01/05 | | ESR – tape FTR-C7 | Motion withdraw as Counsel |
| 11/18/05 | 11/29/06 | Sharon Ross | Appeal and Reconsideration |
| 04/10/06 | | Steve Platt | Motion Suppress; Compel |
| ✓ 04/24/06 | 9/7/06 | Sharon Ross | Motion to Suppress #3 |
| 05/31/06 | 11/29/06 | Sharon Ross | Motion Withdraw Guilty Plea |
| 10/10/06 | 11/29/06 | Sharon Ross | Sentencing |