# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 28, 2007

To: United States Court of Appeals for the
Ninth Circuit
Records Department
95 Seventh Street
San Francisco, CA   94103

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:          CR 05-00191JMS          Appeal No:    06-10658
Short Title:    USA vs. Knepper

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 1 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: counsel