UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 2 8 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSHUA KNEPPER,<br><br>Defendant - Appellant. | No. 06-10658<br><br>D.C. No. CR-05-00191-JMS<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: O'SCANNLAIN, Circuit Judge.

Appellant's motion for an extension of time to file a motion for reconsideration is hereby GRANTED. Appellant may file a motion for reconsideration no later than January 30, 2008.

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 03 2008
DISTRICT OF HAWAII