cc: JMS
DM
GD

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee<br><br>v.<br><br>JOSHUA KNEPPER,<br><br>Defendant - Appellant | No. 06-10658<br>D.C. No. CR-05-00191-JMS<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2008

at 12 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

The judgment of this Court, entered 11/29/07, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Allen
Deputy Clerk